CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Stephen Abraham
Law Offices of Stephen E. Abraham
1592 Pegasus Street
Newport Beach, CA 92660
Telephone  (949)  878-8608  |  Facsimile  (714) 852-3366
e-Mail stephen@abraham-lawoffices.com
Attorney for Defendants
Devan Investments, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>     Plaintiff,<br><br>  v.<br><br>DEVAN INVESTMENTS, INC., a California Corporation; and Does 1-10,<br><br>     Defendants. | Case: 2:20-cv-05465-MWF-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 17, 2021      CENTER FOR DISABILITY ACCESS

                                   By: /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff

Dated: December 17, 2021      Law Offices of Stephen E. Abraham

                                   By: /s/ Stephen Abraham
                                        Stephen Abraham
                                        Attorney for Defendant
                                        Devan Investments, Inc.

1
2
3

**<u>SIGNATURE CERTIFICATION</u>**

4   I hereby certify that the content of this document is acceptable to Stephen
5   Abraham, counsel for Devan Investments, Inc., and that I have obtained
6   authorization to affix his electronic signature to this document.
7
8   Dated: December 17, 2021          CENTER FOR DISABILITY ACCESS
9
10                                    By: /s/ Amanda Seabock
11                                        Amanda Seabock
                                          Attorneys for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation for Dismissal                Case: 2:20-cv-05465-MWF-DFM